UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SEAN LEE JOHNSTON, <br><br> Defendant. | NO. CR11-5486BHS <br><br> ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

The Court having considered the Motion and Memorandum of Law in Support of Motion for Withdrawal and Substitution of Counsel, and the accompanying Ex-Parte, Sealed Affidavit of Counsel;

NOW THEREFORE IT IS HEREBY ORDERED that the Federal Public Defender, and Assistant Federal Public Defender Miriam Schwartz, are permitted to withdraw as defense counsel in this matter, and that new defense counsel shall be appointed from the CJA panel to represent the defendant.

Withdrawing counsel shall notify the CJA panel coordinator immediately of this order.

DONE this 5th day of January, 2012.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

*s/Miriam Schwartz*
Attorney for Defendant

ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway , Suite 400**
**Tacoma, Washington 98402**
**(253) 593-6710**