UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR11-5486BHS |
| Plaintiff, | ) | |
| vs. | ) | ORDER SEALING AFFIDAVIT OF COUNSEL IN SUPPORT OF MOTION FOR WITHDRAWAL AND FOR SUBSTITUTION OF COUNSEL |
| SEAN LEE JOHNSTON, | ) | |
| Defendant. | ) | |

The Court having considered the Motion for Order Sealing Affidavit of Counsel in support of Motion for Withdrawal and for Substitution of Counsel,

NOW THEREFORE IT IS HEREBY ORDERED that the Affidavit of Counsel and any appendixes thereto be sealed.

DONE this 5th day of January, 2012.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

s/ *Miriam Schwartz*
Miriam Schwartz
Attorney for Defendant

ORDER SEALING AFFIDAVIT OF COUNSEL – page 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, Washington 98402**
**(253) 593-6710**